UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

ROBERT MANN,

        Plaintiff,

        v.                    Case No. 13-C-0919

CITY OF MILWAUKEE, EDWARD FLYNN,
EDITH HUDSON, JASON MUCHA, MICHAEL VAGNINI,
UNKNOWN MILWAUKEE POLICE OFFICERS,

        Defendants.

## ORDER OF CONFIDENTIALITY

Consistent with the stipulation reached between the parties,

IT IS ORDERED that any of the following information:

1. personally-identifiable information, including dates of birth, social security numbers, home addresses, and phone numbers;

2. information which can in any way identify a juvenile;

3. information which can in any way identify a confidential informant;

4. financial information, including banking-related account numbers, the identification of any financial institution along with any individual who maintains an account with that institution, income tax information and mortgage-related information;

5. health-care-related information, including information which is related to physical, psychological or general medical care or treatment;

6. emergency-contact information provided by employees, persons arrested or in custody, complainants, or witnesses;

7. information which can in any way identify the spouse, child(ren), or other family-members of a City of Milwaukee employee;

8. information related to divorce or child custody disputes; and

9. information which can in any way identify the victim of a sexual assault, attempted sexual assault, rape, attempted rape or domestic violence,

found in any documents produced by the City of Milwaukee and/or any subdivision of the City of Milwaukee, including, but not limited to, the Milwaukee Fire and Police Commission, the Department of Employee Relations, and the Milwaukee Police Department, pursuant to informal request or formal discovery, and any background investigation files, testing records, and files regarding ongoing criminal investigations, and any portion of any deposition testimony, sworn affidavit or other document, record or recording which refers to or discusses such information or documents, shall be maintained in the strictest confidence, consistent with Civil L.R. 26(e). Said information, documents, deposition testimony, affidavits, records or recordings shall be used by the parties only for purposes related to the pending litigation, and shall only be divulged to the parties, their attorneys or their experts. Furthermore, should any such information, documents, deposition testimony, affidavits, records or recordings be included within any court filing, said court filing shall be filed with the court under seal, placed in an envelope marked "Confidential," and accompanied by a motion to seal or objection to sealing as required by Civil L.R. 26(e)(1)(H) and Gen L.R. 79(d).

Dated at Milwaukee, Wisconsin, this 21st day of February, 2014.

BY THE COURT

/s/ C.N. Clevert, Jr.
C.N. CLEVERT, JR.
U.S. DISTRICT JUDGE